IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21CR3060 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S INDEX OF EVIDENCE** |
| vs. | ) | **IN SUPPORT OF MOTION TO** |
| | ) | **SUPPRESS STATEMENTS AND** |
| DAVID W. SWANSON, | ) | **EVIDENCE** |
| | ) | |
| Defendant. | ) | |

COMES NOW, Defendant, by counsel, and includes the following as his evidence in support of his Motion to Suppress in this matter:

Exhibit A –   Journal Entry and Order from CR19-9965, *State of Nebraska v. David W. Swanson,* in the County Court of Lancaster County, Nebraska

Exhibit B –   Lincoln Police Department General Order 1840

Dated: February 22, 2022.

DAVID W. SWANSON, Defendant,

By: */s/ Joshua D. Barber*
Joshua D. Barber       #22624
Barber & Barber, P.C., L.L.O.
300 North 44th Street, Suite 205
Lincoln, NE  68503
Phone: (402) 434-5429
Fax: (402) 434-5430
joshuabarber@yahoo.com
Defendant's Attorney

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing and any attachments thereto were electronically filed with the Clerk of the Court via the CM/ECF system, which sent notification of said filing to all attorneys of record in the above-captioned matter, including Sara Fullerton, at sara.fullerton@usdoj.gov, on February 22, 2022.

                                             */s/ Joshua D. Barber*