Image ID: F00102121C02

**JOURNAL ENTRY AND ORDER**

IN THE COUNTY COURT OF LANCASTER COUNTY, NEBRASKA

```
ST V. DAVID W SWANSON                        Printed on 11/19/2019 at  9:56
DOB: 12/01/1984                                               Room 02C25
Case ID: CR 19    9965                                             Page  1
Citation: LB  631302                          Date of Hearing 11/19/2019
================================================================================
CHARGES(AMENDMENTS/PLEAS/FINDINGS/FINES/PRESENTENCE/JAIL/DISMISSALS)
CHARGE          STATUTE                DESCRIPTION              CLASS    TYPE

  01           10.16.065         SUSPENDED LICENSE, ELIGIBLE              MSD
    Plea: Guilty     Found: Guilty       Fine:      $100.00

  02           10.16.070         NO PROOF OF FINANCIAL RESPONSIBILITY     MSD
    Plea: Guilty     Found: Guilty       Fine:       $50.00

  03           10.08.010         IMPROPER REGISTRATION                    INF
    Plea: Guilty     Found: Guilty       Fine:       $25.00

  04           9.08.110          FAIL TO APPEAR IN COURT                  MSD
    Charge dismissed on the motion of the prosecutor with prejudice
```

**A P P E A R A N C E S   A N D   A D V I S E M E N T**
  Judge            Laurie J Yardley
  Defendant        DAVID W SWANSON
  Defense Counsel  Self-Represented Litigant
  Prosecutor       Robert E Caples
  Defendant previously advised of the nature of the above charges, all possible
    penalties and rights.

**A R R A I G N M E N T**
  Defendant enters above pleas.
  Pleas entered knowingly,  intelligently, voluntarily, and a factual basis for
    plea(s) found.
  Court finds as shown above.
  Charges dismissed as shown above.

**S E N T E N C I N G**
  Defendant was granted allocution and sentence was pronounced by the Court.
  Defendant ordered to pay fines as shown above; for a total of     $175.00,
    and all costs of prosecution.
  Execution of     $225.00 is suspended until  1/21/2020.
  Defendant to pay Court Costs        $49.00
                  Other                $1.00
  Inquiry has been made regarding the Defendant's financial ability to pay fines
    and costs and the Court finds the Defendant is able to pay the same at this time
    or by making payments over a period of time.

**A D D I T I O N A L   E N T R I E S   O F   R E C O R D**

Hon. _____  ____/____/2019  ____AM/LB_____
         Laurie J Yardley                   Date              Bailiff

                                              Tape Nos. _CD_____

FILED BY
Clerk of the Lancaster County Court
11/19/2019

CASE FILE COPY                                      Defendant's Exhibit A

                                                    JOURNAL ENTRY AND ORDER