IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DAVID W. SWANSON,<br><br>                Defendant. | 4:21CR3060<br><br>MOTION TO RESTRICT |

      COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court to issue an Order pursuant to the E-Government Act restricting the access to the Government's Index of Evidentiary Materials as it contains information protected from public viewing in accordance with the law.

      Dated this 8th day of March, 2022.

                                          UNITED STATES OF AMERICA, Plaintiff

                                          JAN W. SHARP
                                          United States Attorney
                                          District of Nebraska

                     By:    s/ Sara E. Fullerton
                               SARA E. FULLERTON, #18314
                               Assistant U.S. Attorney
                               487 Federal Building
                               100 Centennial Mall North
                               Lincoln, NE   68508-3865
                               Tel:  (402) 437-5241
                               Fax:  (402) 437-5390

CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2022, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

And I hereby certify that I have caused this document to be electronically mailed to the following non CM/ECF participants:

                                              s/ Sara E. Fullerton
                                              Assistant U.S. Attorney